## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | | |
|---|---|---|
| MARK I. ADAMS and KATHERINE | ) | |
| S. ADAMS, husband and wife, | ) | |
| Individually and on behalf of all others | ) | |
| Similarly situated | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.:  14-2013 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED SERVICE AUTOMOBILE | ) | |
| ASSOCIATION, USAA CASUALTY | ) | |
| INSURANCE COMPANY, and USAA | ) | |
| GENERAL INDEMNITY COMPANY, | ) | |
| All d/b/a USAA | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs file this stipulation of voluntary dismissal, signed by all parties that have appeared, dismissing this action without prejudice with each party bearing its own costs and attorneys' fees.

Dated this 19th day of June, 2015.


/s/ William B. Putman

W.H. TAYLOR, #81154
STEVAN E. VOWELL, #75134
WILLIAM B. PUTMAN , #91198
TIMOTHY J. MYERS, #92110
**TAYLOR LAW PARTNERS**
303 E. Millsap Road
P.O. Box 8310
Fayetteville, AR 72703
Telephone:  479.443.5222
Facsimile:  479.443.5222

/s/ Lyn P. Pruitt

LYN P. PRUITT, #84121
**MITCHELL, WILLIAMS, SELIG, GATES**
   **& WOODYARD, P.L.L.C.**
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
Telephone:  501.688.8869
Facsimile:  501.688.8869

JOHN C. GOODSON, #90018
MATT KEIL, #86099
**KEIL & GOODSON P.A.**
406 Walnut Street
Texarkana, AR 71854
Telephone: 870.772.4113
Facsimile: 870.773.2967

STEPHEN C. ENGSTROM, #74047
**STEPHEN ENGSTROM LAW OFFICE**
200 River Market Avenue, Suite 600
P.O. Box 71
Little Rock, AR 72203
Telephone: 501.375.6453
Facsimile: 501.375.5914

A.F. (TOM) THOMPSON , III**, #**77133
KENNETH (CASEY) CASTLEBERRY, #2003109
**MURPHY, THOMPSON, ARNOLD, SKINNER &**
   **CASTLEBERRY**
P. O. Box 2595
1141 East Main Street, Suite 300
Batesville, AR 72503
Telephone: 870.793.3821
Facsimile: 870.793.3815

JASON E. ROSELIUS, #2009014
**MATTINGLY & ROSELIUS, PLLC**
13190 N. MacArthur Blvd.
Oklahoma City, OK 73142
Telephone: 405.603.2222
Facsimile: 405.603.2250

RICHARD E NORMAN
R. MARTIN WEBER, JR.
**CROWLEY NORMAN LLP**
Three Riverway
Suite 1775
Houston, TX 77056
Telephone: 713.651.1771
Facsimile: 713.651.1775

STEPHEN E. GOLDMAN (admitted *pro hac vice*)
WYSTAN M. ACKERMAN (admitted *pro hac vice*)
STEPHEN O. CLANCY (admitted *pro hac vice*)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: 860.275.8200
Facsimile: 860.275.8299

**ATTORNEYS FOR DEFENDANTS**

MATTHEW L. MUSTOKOFF
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone:  610.667.7706
Facsimile:  610.667.7056

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

     I, William B. Putman, hereby certify that on this 19th day of June, 2015, I filed the foregoing with the Clerk of the Court electronically using the CM/ECF System, which will send notification of the filing to all counsel of record.

                                 */s/  William B. Putman*
                                 WILLIAM B. PUTMAN, #91198