

# CONNER & WINTERS
Attorneys and Counselors at Law

Vicki Bronson | Attorney at Law
vbronson@cwlaw.com

Conner & Winters, LLP
4375 N. Vantage Drive, Suite 405 | Fayetteville, AR 72703-4985
p (479) 582-5711 | f (479) 587-1426 | cwlaw.com

February 18, 2016

PKHinfo@arwd.uscourts.gov

Honorable P.K. Holmes
United States District Court Judge
30 S. 6th St., Room 1038
Fort Smith, Arkansas 72903

  Re: *Adams v. USAA*
    Case No. 2:14-cv-02013-PKH

Dear Judge Holmes:

  During the hearing today you asked which attorneys were aware of the 8th Circuit's decision in *Thatcher v. Hanover Ins. Co.*, 659 F.3d 1212 (Nov. 4, 2011) at the time the settlement in the instant case was reached.

  The information we provided the Court during the hearing in response to that question was accurate. However, there is additional information that we wish to bring to the Court's attention.

  Although not involved in the *Thatcher* case while the case was before the 8th Circuit, several months *after* the 8th Circuit opinion was rendered, Mr. Weber and Mr. Norman were asked to assist as counsel for the plaintiff in that matter in order to prosecute the federal court case. They filed a notice of appearance in the case on June 4, 2012, and in the companion case (Thatcher II) on January 23, 2013.

  Neither Mr. Weber nor Mr. Norman recalled this during the hearing as they were not involved in the case when it was initially filed and during the appeal. However, because they often work with the lawyers involved in *Thatcher*, and out of an abundance of caution, they researched the issue on PACER following the hearing today. They wanted to immediately disclose to the Court this additional information

Thank you for your time and consideration in this matter.

RECEIVED
WD/AR

FEB 18 2016

U. S. DISTRICT COURT

Sincerely,

Vicki Bronson

cc: all counsel of record

Austin, TX | Dallas, TX | Houston, TX | NW Arkansas | Oklahoma City, OK | Tulsa, OK | Washington, DC