# POLK COUNTY CIRCUIT COURT
## Docket Page

**Cause Number:** CV-2015-0105

**PLAINTIFF ATTORNEY(S)**

PUTMAN, WILLIAM B
303 E MILLSAP ROAD
FAYETBILLE, AR  72703

KATHERINE D ADAMS
MARK L ADAMS

VS.

UNITED SERVICES AUTOMOBILE ASSOCIATION
USAA CASUALTY INSURANCE COMPANY
USAA GENERAL INDEMNITY COMPANY
GARRISON PROPERTY & CASUALTY INSURANC
USAA

**Cause Number:** CV-2015-0105

| Date Entered | | Book/Page | PLEADINGS, EXHIBITS, ORDERS FILED, DISPOSITION, ETC. |
|---|---|---|---|
| 06/23/2015 | 1:01 PM | 0 | Judge RYAN, LOUIS JERRY assigned. |
| 06/23/2015 | 1:01 PM | 0 0 | CLASS ACTION COMPLAINT FILED 06-23-2015IS INSURANCE Case Filed on 06/23/2015. |
| 06/23/2015 | 1:02 PM | 0 | Payment Received of $165  For Fee Payment  Current Balance is $0  Referring Receipt Number: 8287  Received by: MSCHNELL |
| 06/23/2015 | 2:14 PM | 0 0 | MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT FILED 06-23-2015 |
| 06/23/2015 | 2:15 PM | 0 0 | SUMMONS ISSUED ON UNTIED SERVICES AUTOMOBILE ASSOCIATION 06-23-2015 |
| 06/23/2015 | 2:16 PM | 0 0 | SUMMONS ISSUED ON USAA CASUALTY INSURANCE COMPANY 06-23-2015 |
| 06/23/2015 | 2:16 PM | 0 0 | SUMMONS GENERAL INDEMNITY COMPANY 06-23-2015 |
| 06/23/2015 | 2:17 PM | 0 0 | SUMMONS ISSUED ON GARRISON PROPERTY & CASUALTY INSURANCE COMPANY 06-23-2015 |
| 07/27/2015 | 10:03 AM | 0 0 | NOTICE OF SETTING FILED 07/23/2015 |
| 08/25/2015 | 1:55 PM | 0 0 | ENTRY OF APPEARANCE FILED 08-21-2015 |
| 08/26/2015 | 3:49 PM | 0 0 | ORDER PRELIMINARILY APPROVING CLASS SETTLEMENT FILED 08-26-2015 |
| 10/27/2015 | 12:21 PM | 0 0 | ANSWER FILED 10-23-2015 |
| 11/13/2015 | 10:24 AM | 0 0 | CLASS COUNSELS' APPLICATION FOR ATTORNEY'S FEES AND COSTS RELATED TO THE STIPULATION OF SETTLEMENT AND REQUEST FOR INCENTIVE FEE AWARD TO CLASS REPRESENTATIVES FILED 11-12-2015 |
| 11/13/2015 | 10:24 AM | 0 0 | PLAINTIFFS' APPENDIX OF EXHIBITS FILED 11-12-2015 |
| 11/18/2015 | 2:07 PM | 0 0 | OBJECTION TO SETTLEMENT TERMS FILED 11-16-2015 |
| 11/24/2015 | 1:43 PM | 0 0 | MOTION TO INTERVENE FILED 11-16-2015 |
| 11/24/2015 | 1:43 PM | 0 0 | OBJECTIONS: NOTICE OF INTENTION TO APPEAR; AND/OR RESERVING RIGHT TO BE EXCULDED FROM THE CLASS FILED 11-16-2015 |
| 11/24/2015 | 1:44 PM | 0 0 | OBJECTION TO SETTLEMENTS TERMS FILED 11-16-2015 |
| 12/02/2015 | 3:10 PM | 0 0 | DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO INTERVENE FILED BY JOHN L DAUGHERTY AND PARTNE A DAUGHERTY |

**Cause Number:** CV-2015-0105

| Date Entered | Book/Page | PLEADINGS, EXHIBITS, ORDERS FILED, DISPOSITION, ETC. |
|---|---|---|
| | | 11/30/2015 |
| 12/04/2015 2:32 PM | 0 0 | PLAINTIFFS' RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO INTERVENE FILED BY JOHN L DAUGHERTY, MD AND PARTNE A DAUGHERTY FILED 12-04-2015 |
| 12/08/2015 3:49 PM | 0 0 | DEFENDANTS' STATUS REPORT REGARDING CLASS ACTION SETTLEMENT FILED 12-08-2015 |
| 12/11/2015 2:04 PM | 0 0 | AFFIDAVIT OF TORE HODNE REGARDING NOTIFICATION, REQUESTS FOR EXCULSION AND SETTLEMENT ADMINISTRATION SERVICES FILED 12-10-2015 |
| 12/11/2015 2:04 PM | 0 0 | PLAINITFF'S' MOTION AND BRIEF IN SUPPORT FOR FINAL APPROVAL OF SETTLEMENT AND ENTRY OF AN ORDER AND JUDGMENT FILED 12-10-2015 |
| 12/11/2015 2:07 PM | 0 0 | PLAINTIFFS' AND CLASS COUNSEL'S RESPONSE TO OBJECTIONS TO CLASS ACTION SETTLEMENT FILED 12-10-2015 |
| 12/11/2015 2:07 PM | 0 0 | PLAINTIFFS' SUPPLEMENTAL APPENDIX OF EXHIBITS FILED 12-10-2015 |
| 12/16/2015 10:06 AM | 0 0 | OBJECTING VETERANS' MOTION TO DISMISS FOR VIOLATING A POLICY AGAINST FORUM SHOPPING AND IN THE ALTERNATIVE MOTION FOR CONTINUANCE TO PERMIT THE EXPLORATION OF ISSUES SUCH AS TO ALLOW A CONCLUSION THAT BEST INTERESTS ARE SERVED FOR BOTH THE CLASS MEMBERS AND THE PUBLIC FILED 12-16-2015 |
| 12/16/2015 10:07 AM | 0 0 | BRIEF IN SUPPORT OF OBJECTORS' MOTION TO DISMISS FILED 12-16-2015 |
| 12/16/2015 12:57 PM | 0 0 | APPLICATION TO ADMIT COUNSEL PRO HAC VICE FILED 12/16/2015 |
| 12/17/2015 10:06 AM | 0 0 | APPLICATION TO ADMIT COUNSEL PRO HAC VICE FILED 12-16-2015 |
| 12/17/2015 10:06 AM | 0 0 | ORDER DENYING MOTION TO INTERVENE FILED 12-16-2015 |
| 12/22/2015 10:54 AM | 0 0 | LETTER OF DECISION FILED 12-21-2015 |
| 12/22/2015 10:54 AM | 0 0 | ORDER ADMITTING COUNSEL PRO HAC VICE FILED 12-21-2015 |
| 12/22/2015 10:54 AM | 0 0 | FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT, CERTIFYING CLASS FOR SETTLEMENT PURPOSES, AWATDING CLASS COUNSEL ATTORNEYS' FEES, AWARDING CLASS REPRESENTATIVE INCENTIVE FEES, AND DISMISSING ACTION WITH PREJUDICE FILED 12-21-2015 |
| 12/29/2015 11:32 AM | 0 0 | MOTION FOR DISQUALIFICATION FILED 12-29-2015 |
| 01/04/2016 10:57 AM | 0 0 | BRIEF IN SUPPORT OF MOTION FOR DISQUALIFICATION FILED 12-29-15 |
| 01/05/2016 11:28 AM | 0 0 | LETTER FROM JUDGE RYAN TO MR. W.H. TAYLOR, MR. MATT KEIL, MR. LYN P. PRUITT AND MR JOHN K BAKER, MITCHELL WILLIAMS, SELIG, GATES & WOODYARD, MR. BOB TRAMMELL & MR.S LANICHOLAS NICHELLE WATTS-ANDERSON FILED 12/30/2015 |
| 01/05/2016 11:31 AM | 0 0 | LETTER FROM JUDGE RYAN TO MR. W.H. TAYLOR, MR. MATT KEIL, MR. BOB TRAMMELL & MR. LYN P. PRUITT AND MR. JOHN K BAKER MITCHELL WILLIAMS SELIG GATES & WOODYARD FILED 1/05/2016 |
| 01/11/2016 10:01 AM | 0 0 | AMENDED MOTION TO INTERVENE AND INCORPORATED BRIEF IN SUPPORT FILED 01-06-2016 |
| 01/11/2016 10:01 AM | 0 0 | EMAIL FROM ROBERT TRAMMELL TO MICHELLE BOEHLER FILED 01-07-2016 |
| 01/12/2016 11:01 AM | 0 0 | ORDER FILED 01-11-2016 |
| 01/12/2016 11:01 AM | 0 0 | LETTER OF DECISION FILED 01-11-2016 |

*Cause Number:* **CV-2015-0105**

| Date Entered | Book/Page | PLEADINGS, EXHIBITS, ORDERS FILED, DISPOSITION, ETC. |
|---|---|---|
| 01/12/2016 2:46 PM | 0 0 | LETTER FROM JUDGE RYAN TO MR. TRAMMELL FILED 01-12-2016 |
| 01/13/2016 1:59 PM | 0 0 | PLAINTIFFS' RESPONSE TO MOTION FOR DISQUALIFICATION FILED 01-13-2016 |
| 01/15/2016 9:33 AM | 0 0 | ORDER FILED 01-12-2016 |
| 01/19/2016 11:30 AM | 0 0 | PLAINTIFFS' AMENDED RESPONSE TO MOTION FOR DISQUALIFICATION FILED 01-16-2016 |
| 01/25/2016 1:03 PM | 0 0 | DEFENDANTS' RESPONSE IN OPPOSITION TO AMENDED MOTION TO INTERVENE AND INCORPORATED BRIEF FILED BY TRAMMELL OBJECTIONS FILED 01-25-2016 |
| 01/25/2016 4:01 PM | 0 0 | PLAINTIFFS' AND CLASS COUNSEL'S RESPONSE TO TRAMMELL'S MOTION TO INTERVENE AND SUPPORTING MEMORANDUM OF AUTHORITIES FILED 01-25-2016 |
| 02/04/2016 10:33 AM | 0 0 | LETTER OF DECISION FILED 01-29-2016 |
| 02/09/2016 2:07 PM | 0 0 | LETTER FROM JUDGE RYAN TO ROBERT TRAMMELL FILED 02-08-2016 |
| 02/11/2016 10:34 AM | 0 0 | NOTICE OF APPEAL FILED 02-10-2016 |
| 02/11/2016 3:51 PM | 0 0 | ORDER FILED 02-11-2016 |
| 02/22/2016 3:29 PM | 0 0 | AMENDED NOTICE OF APPEAL FILED 02-22-2016 |

STATE OF ARKANSAS
COUNTY OF POLK
I, SHARON K. SIMMONS, Circuit Clerk and Ex-Officio Recorder do hereby certify that the within is a true and correct copy of the original
DOCKET SHEET
filed in my office the _____ day of _____ 20___ at ___ o'clock ___ M., and recorded in Vol ___ Pg ___ WITNESS my hand and seal this 15th day of April, 2016.
SHARON K. SIMMONS
Clerk and Recorder
By _Cathy Davis_ D.C.