IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| **MARK I. and KATHERINE S. ADAMS,** individually and on behalf of all others similarly situated, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | No. 2:14-CV-02013 PKH |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; and USAA GENERAL INDEMNITY CO.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Lyn P. Pruitt, Stephen E. Goldman, and Wystan M. Ackerman, Counsel for Defendants, and Respondents in the sanctions proceedings in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order of this Court dated August 3, 2016 (Dkt. #78) and from the previous Opinion and Order of April 14, 2016, concerning sanctions (Dkt. #61).

Dated: August 19, 2016
/s/ David R. Matthews
MATTHEWS, CAMPBELL, RHOADS,
McCLURE & THOMPSON, P.A.
119 S. Second Street
Rogers, AR 72756
(479) 282-2586
drm@mcrmt.com

Attorneys for Respondents Lyn P. Pruitt,
Stephen E. Goldman and Wystan M. Ackerman

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2016, I electronically submitted the foregoing Notice of Appeal to the Court by means of the CM/ECF filing system, pursuant to which copies will be transmitted to all counsel of record.

/s/ David R. Matthews
David R. Matthews
MATTHEWS, CAMPBELL, RHOADS,
McCLURE & THOMPSON, P.A.
119 S. Second Street
Rogers, AR  72756
(479) 282-2586
drm@mcrmt.com

Attorneys for Respondents Lyn P. Pruitt,
Stephen E. Goldman and Wystan M. Ackerman