U.S. COURT OF APPEALS - EIGHTH CIRCUIT

APPELLANT'S FORM A

Appeal Information Form

To be filed with the Notice of Appeal

Appeal Docket No. _____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Mark I. and Katherine S. Adams, etc., Plaintiffs<br><br>v.<br><br>United Services Automobile Ass'n, et al., Defendants<br><br>~~Appellant/Appellee~~<br>~~v.~~ | |
| Lyn P. Pruitt, Stephen E. Goldman, and Wystan M. Ackerman,<br><br>Appellant/~~Appellee~~ | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>David R. Matthews<br>Matthews, Campbell, Rhoads, McClure & Thompson, P.A.<br>119 S. Second Street<br>Rogers, AR  72756<br>(479) 282-2586 |

LIST ISSUES ON APPEAL (For administrative purposes).  You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).   ☐ Yes.   ☑ No.

Did the District Court err in concluding that Respondents had violated Rule 11 and abused the judicial process?

FOR LEAD COUNSEL ONLY

I ☐ have (☐ have not) discussed settlement possibilities on appeal with my client.  **N/A**

This appeal ☐ is (☐ is not ) amenable to settlement.  **N/A**

Submitted by: s/ David R. Matthews                    8/  /16
_____
Signature of Lead Counsel                                    Date

INSTRUCTIONS:

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).  If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.  Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain