# TRANSMITTAL SHEET

TO: Clerk, USCA Eighth Circuit       Date: _____8/19/16_____

FROM: Clerk, District Court __WD/AR__    __Fort Smith Division__
                                   (District & City)

Appeal No: **16-3382**

District Court No: _____2:14cv2013_____

Case Style: __Mark I. Adams, et al v. United Service Automobile Association, et al__

**TRANSMITTED HEREWITH:**

| | | | |
|---|---|---|---|
| ___ | Original Files _____ (Volumes) | ___ | Designated Clerk's Record (In Triplicate) |
| _X_ | Transcript  I  2/18/2016 (Vol & Date) | ___ | I  6/24/2016 (Vol & Date) |
| | (Vol & Date) | | (Vol & Date) |
| | (Vol & Date) | | |
| ___ | Judgment _____ | _X_ | Documents 75-4, 75-5, 75-6 FILED UNDER SEAL |
| ___ | Exhibits _____ | ___ | Presentence Report/Addedum (In Triplicate) |
| ___ | Addendum (In Triplicate) | ___ | Statement of Reasons (In Triplicate) |
| ___ | Sentencing Recommendation (In Triplicate) | ___ | Page 2 USSC Amendment (In Triplicate) |

| Plaintiff | Defendant | Court |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Comments: __COPIES - DO NOT NEED TO BE RETURNED__

Sent UPS from Fort Smith Office