U.S. COURT OF APPEALS  B EIGHTH CIRCUIT

**NOA SUPPLEMENT**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court -  Western District of Arkansas – Fort Smith Division

Civil Case Number: 6:14cv2013
Mark I. Adams, et al v. United Services Automobile Association, et al

| | | |
|---|---|---|
| Financial Status: Fee Paid? | Yes  X | No ___ |
| If NO, has IFP been granted? | Yes ___ | No ___ |
| Is there a pending motion for IFP? | Yes ___ | No  X |

Are there any other post - judgment motions?    Yes ___    No  X

Please identify the court reporter:

If no court reporter, please check ___

**Criminal cases only:**

Is the defendant incarcerated?                            Yes ___        No ___

**Special Comments**: